FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
FRANCIS A. BOTTINI, JR. (175783)
RACHELE R. RICKERT (190634)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Attorney for Plaintiff

[Additional Counsel Appear On Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. MAHONEY, JR., On Behalf of Himself and All Others Similarly Situated, | ) Case No. C 03 3273 SI<br>)<br>) **CLASS ACTION** |
| Plaintiff(s), | ) |
| vs. | ) **CERTIFICATION OF INTERESTED**<br>) **ENTITIES OR PERSONS** |
| INTERMUNE, INC., SCOTT HARKONEN AND SHARON SURREY-BARBARI, | ) |
| Defendant(s). | ) **DEMAND FOR JURY TRIAL**<br>) |

Certification of Interested Entities or Persons

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3  Dated: July 14, 2003

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

*Rachele R. Rickert*

RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: 610/660-8000
Facsimile: 610/660-8080

Attorneys for Plaintiff

Certification of Interested Entities or Persons

9302

PAGE 2