```
 1  FRANCIS M. GREGOREK (144785)
    BETSY C. MANIFOLD (182450)
 2  FRANCIS A. BOTTINI, JR. (175783)
 3  RACHELE R. RICKERT (190634)
    WOLF HALDENSTEIN ADLER
 4    FREEMAN & HERZ LLP
    750 B Street, Suite 2770
 5  San Diego, CA 92101
 6  Telephone: 619/239-4599
    Facsimile: 619/234-4599
 7
 8  Attorney for Plaintiff

 9  [Additional Counsel Appear On Signature Page]

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13  JOSEPH J. MAHONEY, JR., On Behalf of  )  Case No. C 03 3273
14  Himself and All Others Similarly Situated, )
                                              )  CLASS ACTION
15              Plaintiff(s),                  )                          SI
                                              )
16  vs.                                        )  PROOF OF POSTING AT DESIGNATED
17                                              )  INTERNET SITE [LOCAL RULE 23-2]
    INTERMUNE, INC., SCOTT HARKONEN )
18  AND SHARON SURREY-BARBARI,            )
                                              )
19              Defendant(s).                  )  DEMAND FOR JURY TRIAL
20  _____)
```

ORIGINAL FILED JUL 14 2003 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

E-filing



Proof of Posting

1    I, Marsha Loper, declare that I am employed in the County of San Diego, State of
2    California. I am over the age of eighteen (18) years, and not a party to this action. I am employed
3    in the office of a member of the bar of this Court at whose direction the posting was made. My
4    business address is 750 B Street, Suite 2770, San Diego, California 92101.
5    On July 14, 2003, I caused to be posted the following documents described as: 1)
6    COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS; 2)
7    CERTIFICATION BY LAWYERS SEEKING TO SERVE AS CLASS COUNSEL; 3)
8    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS by posting them at a Designated
9    Internet Site pursuant to Local Rule 23-2 at the following electronic address:

christi@law.stanford.edu
Securities Class Action Clearinghouse
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8610

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July 2003 at San Diego, California.

*Marsha Loper* (signature)
Marsha Loper

Proof of Posting
9301

PAGE 2